UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA



TANNER R HEDRICK _____   3590118 _____

_____   _____

_____   _____

_____   _____

*(Enter above the full name of the plaintiff*   *(Inmate Reg. # of each Plaintiff)*
*or plaintiffs in this action).*

**VERSUS**   **CIVIL ACTION NO.**  2:21-cv-00083 _____
                        *(Number to be assigned by Court)*
                        JURY TRIAL DEMANDED

CHARLES MOLES _____

_____

_____

_____

*(Enter above the full name of the defendant*
*or defendants in this action)*

## **COMPLAINT**

I.    **Previous Lawsuits**

    A.    Have you begun other lawsuits in state or federal court dealing with the same
facts involved in this action or otherwise relating to your imprisonment?

        Yes _____      No __X____

1

B.   If your answer to A is yes, describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

    1.   Parties to this previous lawsuit:

        Plaintiffs:   _____

                          _____

                          _____

        Defendants:   _____

                          _____

                          _____

    2.   Court (if federal court, name the district; if state court, name the county);

_____

_____

    3.   Docket Number:   _____

    4.   Name of judge to whom case was assigned:

_____

    5.   Disposition (for example: Was the case dismissed?  Was it appealed? Is it still pending?

_____

_____

    6.   Approximate date of filing lawsuit:   _____

    7.   Approximate date of disposition:   _____

II.    **Place of Present Confinement:** Mount Olive Correctional Complex

    A.    Is there a prisoner grievance procedure in this institution?

        Yes  X          No _____

    B.    Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes  X          No _____

    C.    If you answer is YES:

        1.    What steps did you take? Filed A Grievance and Sent it to All 3 levels of Administration unit manager/ Warden / commissioner

        2.    What was the result? Accepted / Denied

    D.    If your answer is NO, explain why not: _____

III.   **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A.    Name of Plaintiff: TANNER R. HEDRICK  3590118

        Address: One Mountainside Way Mount Olive, West Virginia 25185

    B.    Additional Plaintiff(s) and Address(es): _____

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank.  Use item D for the names, positions, and places of employment of any additional defendants.)

C.    Defendant:  _CHARLES MOLES_____

is employed as:  _Correctional officer_____

at  _Mount Olive Correctional Complex_____

D.    Additional defendants: _____

_____

_____

_____

## IV.    Statement of Claim

State here as briefly as possible the <u>facts</u> of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

_SEE Attached Documents_____

_____

_____

_____

_____

_____

_____

_____

**IV.     Statement of Claim (continued):**

_____

_____

_____

_____

_____

_____

_____

_____

_____

**V.     Relief**

<u>State briefly exactly what you want the court to do for you.</u>  Make no legal arguments.
Cite no cases or statutes.

_SEE Attached Documents_

_____

_____

_____

_____

_____

_____

_____

_____

**V.     Relief (continued)):**

_____

_____

_____

_____

_____


**VII.   Counsel**

A.     If someone other than a lawyer is assisting you in preparing this case, state the person's name:

_BENJAMIN MARCUM 3559338_____

B.     Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

Yes _X___          No _____

If so, state the name(s) and address(es) of each lawyer contacted:

_SEE ATTACHed Sheet I contACted 7 TOTAL  No one Sent A letter BACK_

_____

If not, state your reasons: _____

_____

C.     Have you previously had a lawyer representing you in a civil action in this court?

Yes _____          No _X___

If so, state the lawyer's name and address:

_____

_____

Signed this _____28____ day of _____JANUARY_____, 20 _21_ .


_____Tanner R. Hedrick 3590118_____

_____

_____

_____
Signature of Plaintiff or Plaintiffs


I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___January 21st 2021_____ .
                              (Date)


_____Tanner R. Hedrick 3590118_____
Signature of Movant/Plaintiff




_____
Signature of Attorney
(if any)



7

VII COUNSEL

Answer To (B)

Joseph D. Garcia, Esq.
Manchin Injury Law Group, PLLC
1543 Fairmont Avenue, Suite 203
Fairmont, WV 26554-2175

Benjamin D. Adams
500 Randolph Street
Charleston, WV 25302

Katz, Kantor, Stonestreet, Buckner PLLC
207 S. Walker Street
Princeton, WV 24740

Harman Law Firm LLC
3575 Piedmont Street
Building 15 Suite 1040
Atlanta, GA 30305

James Humphreys
112 Capital Street  2nd Floor
Charleston, WV 25301

Woelfel & Woelfel
801 8th Street
Huntington, WV 25701

Nessel law firm
519 8th Street
Huntington, WV 25701

Mr, Humphreys,

I'm writing you in Regards To Taking A use of Force Claim, I Have enclosed my grievance And All Affidavits please Read over These Documents And if your Interested Contact me back And send A contract For Me to sign And when I mail The Contract back I will Enclose All original Documents I Have,

Respectfuly,

Tanner Ray Hedrick  3590118
1 Mountainside WAY
Mt, Olive, WV 25185

Tanner Hedrick 3590118
Mountainside Way
Olive, WV 25159

2

**Return to Sender**

Attorney; JamesEH~umphries
112 capital St 2nd floor
Charleston WV 25301

ATTEMPTED NOT KNOWN

Correspondence on
Inmate at CHARLESTON WV 250
Corrections 5 JAN 2021 PM 1 L

US POSTAGE PITNEY BOWES

ZIP 25186   $ 000.65°
02 4W
0000358610 JAN 05 2021

302

LEGAL MAIL

MANCHIN
INJURY LAW GROUP PLLC

Manchin Professional Building
1543 Fairmont Avenue, Suite 203
Fairmont, WV 26554-2175

PITTSBURGH PA 150

19 JAN 2021 PM 3 L

Tanner Ray Hedrick #3590118
1 Mountainside Way,
Mt. Olive, WV 25185

25185-

FOREVER USA



Manchin Professional Building
1543 Fairmont Avenue, Suite 203
Fairmont, WV 26554-2175

**TIMOTHY J. MANCHIN +**
**TAYLOR B. DOWNS**
**CLARISSA M. BANKS**
**JOSEPH D. GARCIA**

+ Past President WV Association For Justice

January 18, 2021

**_Via First Class Mail_**
Tanner Ray Hedrick #3590118
1 Mountainside Way,
Mt. Olive, WV 25185

RE:   Tanner Hedrick

Dear Mr. Hedrick:

I am in receipt of your letter, which was received by my office on January 15, 2021. After reviewing your letter and explanation contained therein, your case does not meet the criteria for our firm to accept your case. Therefore, we will not represent you in this matter.

We wish to remind you that there is an applicable statute of limitations in this case. This means that if you have not settled your case or filed a lawsuit by that date, you will be barred from pursuing any recovery.  There are times and circumstances under which you can extend the statute of limitations; however, it is always safest to proceed before the earliest possible date has expired.

You owe us nothing for the time and expense we have incurred in reviewing this matter.

We regret that our decision could not be more favorable; however, we can only use our best judgment in deciding whether to pursue individual cases. We sincerely appreciate you bringing this matter to us for review and that you would consider us for representation in this matter. Please feel free to contact us if you have any other need for legal services.

Very Truly Yours,

Joseph D. Garcia

JDG/mkc

U.S. POSTAGE >> PITNEY BOWES

$ 000.50°
ZIP 25302
02 1W
0001383496 JAN 20 2021

CHARLESTON
WV 250
20 JAN '21
PM 4 L

Tanner Hadnok
OID# 3591918
Mt. Olive Correctional Complex
1 Mountainside. Way
Mt. Olive, WV 25185

25185—

Calwell Luce diTrapano PLLC
Law and Arts Center West
500 Randolph Street
Charleston, WV 25302

**LEGAL MAIL:**
**TO BE OPENED IN THE PRESENCE OF THE**
**INMATE**
L. Dante diTrapano
**Attorney for Inmate**

**CALWELL**
■ **LUCE** ■
**DITRAPANO**

<u>*Via First Class and Certified Mail, Return Receipt Requested*</u>
<u>*7019 2280 0000 1711 3972*</u>

January 20, 2021

Tanner Hedrick
OID: 3590118
Mount Olive Correctional Complex
1 Mountainside Way
Mt. Olive, WV  25185

**Re:     Potential New Case Inquiry**

Dear Mr, Hedrick:

Thank you for contacting Calwell Luce diTrapano regarding your legal matter. I appreciate the confidence you have expressed in our firm. However, for various reasons, this office will not be able to represent you. This decision should not be interpreted as an adverse opinion about the merits of your case. You should consult another attorney without delay if you choose to pursue it.

Please note that the law limits the time within which individuals may file lawsuits. <u>Allowing too much time to pass may forever bar you from asserting your claim</u>. While I am not providing an opinion as to the date by which you must file a lawsuit against any potential defendant, I strongly caution you to take *immediate action* to protect your legal rights.

If you need assistance with other legal matters in the future, please call for a free consultation.

Very truly yours,

CALWELL LUCE DITRAPANO, PLLC.
A Professional Limited Liability Company

By: _____
     John H. Skaggs, Esquire
     jskaggs@cldlaw.com

JHS/lo

IN THE UNITED STATES DISTRICT COURT
for THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

TANNER R. HEDRICK
              Plaintiff

    V                                   CASE NO: _____

CHARLES MOLES       DEFENDANT        JURY TRIAL DEMANDED
Sued IN His Individual CAPACITY

## PLAINTIFF'S verified COMPLAINT

COMES NOW PLAINTIFF Tanner R. Hedrick pro se, and STATes His complaint As follows:

## PARTIES

1) Plaintiff Tanner R. Hedrick (Mr. Hedrick or Plaintiff) is An inmate At Mount Olive Correctional Complex (M.O.C.C.) Mount Olive West Virginia

2) Defendant Corporal Charles Moles (hereinafter Defendant), WAS At All Times relevant Correctional officer Employed At M.O.C.C. and Acting under color of STATE LAW.

## JURISDICTION

3) This Action is Brought Pursuant To 42 U.S.C. 1983, 1988; and The Eighth Amendment To the United States Constitution. Jurisdiction is BAsed upon 28 USC 1331, 1343 (1-4) and 2202

## FACTS:

4) On OCT. 20 2020 At Aproximately 6:00 Am During Breakfast CO Richmond Shook The Styrofoam Tray of MR. Hedrick and Stuck It In His food Slot At That Time The Plaintiff Tossed it BACK OUT The food Slot on The floor Like All Other Inmates Due for Trash Pick up By The Pod 3 JAnitor.

5) ONce MR. Hedrick Tossed The Tray oUT The Defendent Corporal Charles Moles Began Spraying Plaintiff Several Times Through The food Slot with PePPer Spray, This WAS All Done for No ApPorent REASON.

6) After The Defendent Stoped Spraying MR. Hedrick's The Plaintiff WAS Asking To Be Removed From The Cell Because MR. Hedrick Could not Breathe or See what Was HAPPening And The Defendent STAted "I Cant get you out Until They Bring The Camera" which Took Aproximately 10 Minutes. NOTE: Corporal Charles Moles didnot HAve The Video Camera with Him when He Sprayed The Plaintiff AS Policy Requires

7) WHEN The other officers came In with The Video Camera They Told MR. Hedrick To Strip out and cuff up So They Could Remove Plaintiff from The Cell. MR. Hedrick Then STAted "I WANT A gold BAdge So I don't get Beat up AgaIn." And The Defendant Threatend To Deploy PePPer Spray AgaIn on MR. Hedrick So The Plaintiff Stripped out And Cuffed up And WAS TAken for Treatment. All of This WAS Recorded By The HAnd Held Video camera aS Well AS The STAtionary Camera's In Pod 3 on QWilliams 2 Unit.

8) The other Inmates on The Unit WAS Telling The Defendent Not To Hurt MR. Hedrick AS The Plaintiff WAS TAken off The Unit To the Multi Purpose Room for Treatment

9) ONce The Plaintiff WAS Removed from The Multi Purpose Room DAy Shift officers were Working The QWilliams 2 Unit And Sgt. Wilson HAd MR. Hedrick Placed In the Shower In Pod 3 on Top Tier In Qwilliams 2 Unit.

10) Mr. Hedrick was given No Soap, wash cloth or Anything Else To Remove The Pepper Spray from the Plaintiff's Body. Mr. Hedrick was only Told To Rinse off and Put on The clean Pants He was given. Then The Plaintiff was Placed Back into Cell #2 on Pod 3 in Quillams 2 unit.

11) ONCE Mr. Hedrick was Back into His Cell the Plaintiff was given Instructions By Staff officers That "If He knew what was good for Him He would keep His Mouth shut."

12) ON Oct. 20 2020  Mr. Hedrick filed A grievance To preserve The footage from The video cameras And That It Be formally Reviewed By Supervisors.

13) As Stated The Actual use of force was not Recorded Because The Defendant failed to follow Numerous Policies Including The One That States The Defendant Had To Have A video camera Present Before using calculated force on The Plaintiff, who is locked securely Behind A (2) two inch Thick Steel door Posing No Threat To The Defendant.

14) As A Direct Result of The Defendant's Actions and The use of Powerful Chemical Agent's Mr. Hedrick Suffered blurryness of vision for several days and A Skin Irritation That lasted 5 days.

15) As A Direct Result of Defendant's Actions  Mr. Hedrick Suffered and Still Suffers Severe Mental And Emotional Stress To The Point Mr. Hedrick won't leave The Cell Because Plaintiff is Scared of Correctional Staff.

16) The Plaintiff HAS Exhausted All Administrative Remedies.

## COUNT I

17) Defendant corporal charles moles violated  Mr. Hedrick's Eighth Amendment Right not To Have cruel and unusual Punishment used Against Him, when The Defendant Maliciously, Sadistically, and unnecessarily used Excessive Force on Mr. Hedrick without Any Efforts To Temper, while Plaintiff was Secured In A locked Cell Posing No Threat To Mr. Moles And All Done without A video camera Present.

## COUNT II

18) Defendant Corporal Charles Moles violated Mr. Hedrick's Eighth Amendment Right Not To Have cruel and unusual Punishment used Against Him When The Defendant Deployed Excessive Amounts of Powerful Chemical agents in much greater Quantities Than needed or Necessary when the defendant sprayed several Blast lasting Three seconds or longer into plaintiffs cell while Mr. Hedrick posed No Threat To The Defendant.

## RELIEF

Wherefore The plaintiff Request The court To Award Damages Jointly and Severly as Follows:

A) Copinsatory Damages in the Amount of 25,000 dollars

B) Injunctive Relief That All STAFF entering or working quilliams unit wear body cameras To Prevent Assaults and Excessive force claims.

C) Punative Damages In the Amount of 25,000 dollars

D) Attorneys Fees and cost; and

E) Any other Relief The Court Deems To Be Just And Appropriate,

Respectfuly Submited,

Tanner R. Hedrick   Plaintiff

Tanner R. Hedrick   3590118

TANNER R. HEDRICK 3590118
1 Mountainside WAY
Mount olive, West virginia 25185

## VERIFICATION

Plaintiff Verifies And Swears under Penalty of Perjury That All Statements are

True And correct.


I Tanner R. HEDRICK Do swear That My complaint is True and accurate

To The Best of My knowledge.


Tanner R. Hedrick

TANNER R. HEDRICK

# SWORN AFFIDAVIT OF TANNER HEDRICK

I Tanner R. Hedrick #3590118 Swear under Penalty of Perjury That The Following Statement is True and correct.

On Oct. 20 At Aproximately 6:00 Am During Breakfast Co Richmand shook my Tray up And gave it to me. I Then Tossed it Back out of my food slot into The Floor Like everyone else on the unit does with Trash And Styrofoam Trays from The previous meal for Trash Pick up by @The Pod Janitor, Once I tossed my Tray out Corporal Moles Began to Spray me Several Times Through my food slot with Pepper spray for no Reason, I was Begging Him To get me out of The Cell Because I couldn't Breathe or See what was going on and He said "I ~~can~~ cant get you out until they Bring The camera" Which I Took About 10 minutes. Then when they Come in with The Camera They told me to Strip out and Then Cuff up So They Could Remove me from my cell. I told Them I wanted A goid Badge So They Didn't Beat me up Again and They Threatend To Spray me Again. So I cuffed up And was Taken for Treatment, The other Inmates was Telling them not to Hurt me as we was leaving I was Then Taken to the Multi Purpose Room and once we left There DAY Shift was working and Sgt. Wilson Had me placed in the Shower on the Top Tier in Pod 3 in Quillians 2 unit. I was given no Soap, or washcloth only A clean Pair of Boxer To Put on Then I was Put Back into my cell with Instructions By the Co's That "if I Know what's good for me I'll keep my mouth Shut" On Oct. 20 2020 I filed A grievance over The Incident And Asked All Video footage Be reviewed and Preserved and reviewed By Supervisors.

I Tanner R. Hedrick Due swear That The Above Statement is True And correct To The Best of my Knowledge,

Tanner R. Hedrick   3590118
Tanner R. Hedrick   3590118
Date: Dec. 20, 2020

State of WV
County of Fayette

Sworn and Subcribed before me this 20 December, 2020. My Commission expires 18 March 2025.


OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
LISA FRYE
Mount Olive Correctional Complex and Jail
One Mountainside Way
Mt. Olive, WV 25185
My Commission Expires March 18, 2025

Lisa Frye, Notary

EXHIBIT A

ONE STAPLE ONLY    RECEIVED

OCT 22 2020

WVDCR Policy Directive 335.00
15 February 2020
Attachment #2
GENERAL DISTRIBUTION

**WVDCR Inmate Grievance Form**    Grievance No. 20 MOCC Qa -1106

QUILLIAMS 2

Inmate Name: _Tanner Ray Hedrick_    OID #: _3590118_    Date of Grievance: _Oct. 20. 2020_    1447 BYS

**State Nature of Grievance / Issue to be addressed** (Note: 1 issue per grievance be concise file with Director of Inmate Services.
NO WRITING ON BACK):

On oct 20.2020 at arounds 15 hrs during breakfast delivery CO. Richmond shook my tray up an attempted to through my breakfast stylofoam trey on the floor of my cell Because I suspect that the CO Richmond had contaminated my meal cun shook it up to hide the fact ~~that~~ he'd spit in my ~~of~~ meal Witch
see attachment sheet

**Relief Sought (state what you want):** See attach shet

Inmate's Signature: _Tanner Ray Hedrick  Oct 20. 2020_ (The inmate may attach one 8.5 x 11 sheet if necessary, at this level only)
*******************************************************************************
**Director of Inmate Services Response** (attach additional sheet if needed)

Accepted ✓    Rejected ___    Reason for rejection: _____    Date: 23 Oct 2020

**Response on Merits if accepted:**
Camera footage will be reviewed by the magistrate. I cannot dismiss the charges. That will be up to the magistrate.

Signature: _Capt Rubenstein_
*******************************************************************************
Resolved: _____ (if so initial and give copy to Director of Inmate Services)    Appealed to Superintendent _TH_ (initial) Date: Oct 23 2020

If no response at initial level is included the inmate certifies that he/she has tendered this grievance as indicated above and no response has been issued
at that level within the time frames set forth in Policy Directive 335.00.

Inmate's Signature: _Tanner Hedrick_    Date: _Oct 23. 2020_
*******************************************************************************
**Action by Superintendent:**
Accepted ✓    Rejected ___    Reason for rejection: _____    Date: _____

Response on Merits if accepted: __ Remand to Unit for further action  ✓ Affirm unit and/or deny grievance  __ Grant the Grievance as specified
Comments: Write stands you may appeal if you disagree.

Superintendent's Signature: _____    Date: OCT 2 8 2020 (Attach additional sheet if necessary)
*******************************************************************************
Resolved: _____ (if so initial and give copy to Director of Inmate Services)    Appealed to Commissioner _____ (initial)

If no response at Superintendent's level is included, the inmate certifies that he/she has tendered this grievance as indicated above and no response has
been issued at that level within the time frames set forth in Policy Directive 335.00.

Received
NOV 0 6 2020

Inmate's Signature: _____    Date: _____

WARDEN'S OFFICE
MOCC
Division of
Corrections

*******************************************************************************
**Action by Commissioner:**
Accepted ___    Rejected ✓    Reason for rejection
Response on Merits if accepted: _____ Affirm Superintendent

Rejected:
Excessive Pages
Use 325.0 of 325.0
Multiple responses
Pick one concern

SCANNED

EXHIBIT B-1

Page 2 of Grevience   Oct 20. 2020  I am
I threw my trey out on to the Pod Day Room floor
witch I was styrofoam tray. witch on day we have
styrofoam trey we through them out to be pick up and threw away
After I threw my trey out onto the floor of the Pod the corporal
(I do not know his name) that was on duty hours before this)
came to my door an made threats an ask me what my problem was?
an why the fuck did you throw your trey out on the floor
I explain it was a miss understanding that I wanted it throw away
because I felt it was spit in an without warning he sprayed
me with his mace into my beanhole three #3 times. After this
I was forced to stripe out an cuff up, An be Remove from
my cell. Apparently or or I am the one will be written
up an be place on 72 hour lock down an punitive
An Restart the QOL Program over again
More importantly, I was told on Oct 1, 2020
by DCRWV Parole Board that I was to Remain
write up free for a year, I been extremly
work hard to do, just that but I am Constantly
targeted due to my previous actions

## Relief Sought

I ask that all camera footage be reviewed an perserved, that any write up
I Recieve on these event be immediately an completely
dismissed and I ask that I be Remain on my current level
on the QOL program so I can completed the program
Peacefully an safelly, I also like to ask that there be no Retaliation
taken against me for writing this Greivence
Tanner Lane Shadrick M. 359011 8  Tanner Lane Shadrick Oct 20.2020

EXHIBIT B-2

Fonseca, John 3534757
QII 301
Mount Olive Correctional Complex

I, John Fonseca, did witness the following to occur. I do swear and attest that my statement is factual and true.

On the morning of Oct 20, 2020 at breakfast delivery CO I Ryan Richmond passed me my styrofoam tray through the food slot then continued to the next cell which is 302 and said something I could not make out that sounded angry. Within a few seconds I heard Tanner Hedrick hollering "Why did you throw my tray on the floor? He shook my tray up!" as soon as I heard him yelling this Cpl Moles left my door in the direction of cell 2 while removing his mace from his belt and immediately, with no command or warning ~~spret~~ sprayed inmate Hedrick for what seemed like five to ten seconds.

Next the CO's came back with several more CO's and a video camera telling inmate Hedrick to strip out so they could remove him from his cell and decontaminate him. Inmate Hedrick initially responded that he wanted a Gold Badge so they would not "beat him up again". He eventually complied and was removed to decontamination after several inmates told the CO's not to hurt him.

Every word of this statement is FACTUAL and true.
John Fonseca 3534757

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
LISA FRYE
Mount Olive Correctional Complex and Jail
One Mountainside Way
Mt. Olive, WV 25185
My Commission Expires March 18, 2026

State of WV
County of Fayette
Sworn 2 Subscribed before me this 24th day
of November 2020. My commission expires
18 March 2026.
Shelby Frye Notary

EXHIBIT C

On October 20 2020 at Breakfast
Feeding On Q-2 pod 3 at Mt Olive
Correctional Complex I Charles Murphy
did Witness COI Ryan Richmond
Shake up Tanner Hedricks Tray
and Give it to him. Tanner Hedricks
Then threw the styrofoam tray back
on the Floor in the pod the
Way all inmates do as its the
Only Way to get rid of trash,
Cpl. Charles Moles then Came
to Tanner Hedricks door and
Sprayed him With O.C pepper
Spray for No reason or Warning
What so ever.

Charles Murphy

State of WV
County of Fayette
Sworn 2 Subscribed before
me this 24th day of
November 2020. My
Commission Expires
18 March 2025.



OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
LISA FRYE
Mount Olive Correctional Complex and Jail
One Mountainside Way
Mt. Olive, WV 25185
My Commission Expires March 18, 2025

Lisa Frye, Notary

EXHIBIT D

Name    : Jeffrey Taylor    #3469908
Date    : 11/17/20
Subject : Mace used

On October, 20th, 2020 at breakfast I witnessed Corprol Moles spray inmate Tanner Hedwick after he tossed his styrofoam tray out his bean hole.

First the C.O's shook his tray + threw it into cell #302 where Tanner is housed. Inmate Tanner then took the tray + threw it in the pod. All inmates do this in the Q's as it's the only way to throw the styrofoam trays in the Trash.

Corprol Moles then sprayed Tanner for no reason + for a long couple seconds.

x [signature]    #3469908

State of WV
County of Fayette

Sworn & Subscribed before me this 24th day of November 2020. My commission expires 18 March 2025.

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
LISA FRYE
Mount Olive Correctional Complex and Jail
One Mountainside Way
Mt. Olive, WV 25185
My Commission Expires March 18, 2025

[signature], Notary

EXHIBIT E

Writing is by Zack Spradling

On Oct 20 2020 at am chow I watched the following happen. C.O Ryan Richmond shook up inmates Tanner Hedricks's tray up and throw it in his food slot at him. The C.O then went to the next cell to feed. When Hedricks asked to C.O Moles something the C.O the pulled out his O.C spray and spray him for a long time. I counted at least 10 seconds. Then they pulled him out to Dcon him

Zackeory Spradling
3592225

State of WV
County of Fayette

Sworn and subscribed before me this 24th day of November 2020. My commission expires 18 March 2025.



OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
LISA FRYE
Mount Olive Correctional Complex and Jail
One Mountainside Way
Mt. Olive, WV 25185
My Commission Expires March 18, 2025

Lisa Frye, Notary

EXHIBIT F

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

TANNER R. HEDRICK

_____

*Your full name*

v.                                                  Civil Action No.: _____

CHARLES MOLES

_____

_____

_____

*Enter above the full name of defendant(s) in this action*

## Certificate of Service

I, _Tanner R. Hedrick_____ (your name here), appearing *pro se*, hereby certify

that I have served the foregoing _42 U.S.C 1983 Complaint and Summons_(title of document

being sent) upon the defendant(s) by depositing true copies of the same in the United States mail,

postage prepaid, upon the following counsel of record for the defendant(s) on

_January 30_____ _2021____ (insert date here):

(List name and address of counsel for defendant(s))

_Tanner R. Hedrick_____
(sign your name)